IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALLEN LERTZMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, et al. | : | NO. 10-0274 |

## ORDER

AND NOW, this 6th day of April, 2010, upon consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The case is TRANSFERRED to the United States District Court for the Western District of Pennsylvania; and,

3. The Clerk of Court is directed to forward all records and documents of this case to the Clerk of Court for the United States District Court for the Western District of Pennsylvania.

BY THE COURT:

_____
ROBERT F. KELLY, J.